IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KEVIN VACCARO,

        Plaintiff,

vs.

HOME DEPOT U.S.A., INC.,

        Defendant.

8:16CV257

**ORDER**

Pursuant to the parties' stipulation for dismissal of this case, (Filing No. 24),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendant are dismissed with prejudice, the parties to pay their own costs and attorney fees.

March 21, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge